Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED 31 MAY '19 16:32 USDC-ORE

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Eugene Division

_Nanette Stone_

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

_Amazon Corporation & Whole Foods Corporation_

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. __6:19-cv-00855-MK__

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Nanette Stone_
Street Address _22 E. Chestnut Hill Avenue_
City and County _Philadelphia, PA 19118 (Mailing)_
State and Zip Code
Telephone Number _No Phone_
E-mail Address _stonen3@my.erau.edu_

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name                              *AMAZON CORPORATION*

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number                  *UNKNOWN*

E-mail Address *(if known)*       *UNKNOWN*

Defendant No. 2

Name                              *WHOLE FOODS CORPORATION*

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number                  *UNKNOWN*

E-mail Address *(if known)*       *UNKNOWN*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- VIOLATIONS OF PRIVACY
- UNLAWFUL SEARCH & SEIZURE
- HARRASSMENT
- DISCRIMINATION — BASED ON SEX, DISABILITY, RETALIATION ETC.
- VIOLATION OF US COMMUNICATION LAW
- VIOLATION OF FIRST AMENDMENT RIGHTS

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a.  If the plaintiff is an individual

   The plaintiff, *(name)* NANETTE STONE , is a citizen of the State of *(name)* CURRENT STATE OREGON

   b.  If the plaintiff is a corporation  Not A Corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a.  If the defendant is an individual

   The defendant, *(name)* Amazon , is a citizen of the State of *(name)* Pennsylvania, Boston . Or is a citizen of *(foreign nation)* OREGON, HAWAII, and much State

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        $1,5 Billion dollars —

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

✱ PLEASE REFER TO ATTACHED SHEETS PART OF THIS COMPLAINT AS WELL.

THE PLAINTIFF HAS BEEN HARASSED, DISCRIMINATED THUS TREATED UNFAIRLY BY AMAZON PRIME, AND WHOLE FOODS STAFF FOR YEARS. THE PLAINTIFF DOES SUSPECT THAT THE HARASSMENT IS BASED ON DISCRIMINATION DUE TO DISABILITY AND SEX AND UNDOUBTED RETALIATION. (SEE ATTACHMENTS PLEASE)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am requesting an immediate cease & desist order to Amazon, and Whole Foods to stop abuse, retaliation, harassment, actions by their staff, and the use of technology used to monitor and track me.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _5/30/2019_

Signature of Plaintiff  _Nanette Stone_
Printed Name of Plaintiff  _Nanette Stone_

### B.    For Attorneys

Date of signing:  _No Current attorney_

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____

STONE VS. AMAZON CORPORATION
WHOLE FOODS CORPORATION.

THIS COMPLAINT IS FILED AGAINST AMAZON
CORPORATION AND WHOLE FOODS  BASED ON
DISCRIMINATION  DUE TO  SEX (I'm A WOMAN),
DISCRIMINATION — BASED ON MY HEARING
LOSS, PERCEIVED DISABILITY, AND MY
PRIOR WORK  ADVOCATING AND TAKING
ACTIONS TO SUPPORT AND HELP THE
DISABLED, ABUSED, AND THE ELDERLY,
I ALSO SUSPECT THE HARASSMENT I FACE
IS RETALIATION AND WITNESS TAMPERING,
WITNESS INTIMIDATION.
THE FEDERAL STATUTES I CLAIM ARE
1) DISCRIMINATED AND VIOLATED ARE
UNLAWFUL SEARCH AND SEIZURE, 2) FIRST AMEND-
MENT RIGHT TO FREE SPEECH, AND THE
RIGHT TO COMPLAIN OR ISSUE GRIEVANCES
TO GOVERNMENT. 3) VIOLATION OF PRIVACY
4) VIOLATION OF US COMMUNICATION LAWS, 5)
VIOLATION OF MY RIGHTS TO LIFE, LIBERTY,
AND PURSUIT OF HAPPINESS,
6) CRIMES AGAINST WOMEN and Girls.

I have come to be aware that Amazon has Technology systems that I suspect are being used to track, and monitor me, I suspect this monitoring is at Whole Foods Market, and outside of Whole Foods Market

At Whole Foods staff have followed me throughout the Market, and monitored me and may have taken my photo. I suspect. That Amazon Technology is used by Amazon Prime Staff worn hidden in the items — on them on the hates some Amazon, and Whole Foods staff wear.

I suspect that Amazon staff, and Whole Foods staff are involved in skeems where hidden cameras are used to spy on patrons using the restrooms. I've been followed to restrooms. And taunted and harassed by staff and patrons at Whole Foods Stores, in several states. I've shopped Whole Foods in Philadelphia, PA, New York City, Boston, Massachusetts, New Jersey, Colorado, Seattle, Eugene Oregon

Honolulu, Hawaii, and Kailua Hawaii
and other areas throughout Pennsylvania.
At the various locations although they
were in different states, the staff and
patron/customer harrassment was the
same. People unknown to me approach
me w/ cellphone and appear to film me.
Staff and patrons openly did this and
other harrassing acts.

Staff and patrons have followed me
to check out lanes and filmed me.
They followed me up and down
the store aisles.


I reported staff harrassment in Boston,
and Philadelphia. In 2017, and 2018 I
reported the last occurance of
harrassment as I recall.


Two staffers stalked me in the
store in Boston. They were men.
I did not know them prior to this
or these occurrences. However they
and other harrassers know me.
I've concluded that these instances
require that I take legal

ACTION. I'VE BEEN A PAYING CUSTOMER AT WHOLE FOODS FOR OVER 22 years. I DO NOT DESERVE TO BE TRACKED, HARASSED, AND DISCRIMINATED AGAINST IN THIS PERVASIVE, PREDATORY WAY.

I'VE BEEN FOLLOWED TO AND HARASSED IN RESTROOMS BY PATRONS AND STAFF. AT, AT LEAST TWO LOCATIONS MEN HAVE ENTERED THE RESTROOMS WITHOUT KNOCKING. ONE MALE IN PHILLY REFUSED TO LEAVE THE RESTROOM — HE INSISTED I WAIT UNTIL HE FINISHED CLEANING OR GO WITH HIM IN THE RESTROOM. I HAD TO USE THE RESTROOM URGENTLY — SO TO MY HORROR I CLOSE THE STALL DOOR AND WENT.

THERE ARE SECURITY AT EACH WHOLE FOODS MARKET. IN BOSTON I FOUND—SECURITY FOLLOWING ME, AND OBSERVING MY PICKINGS AT THE BUFFET. IN PHILLY SECURITY WAS SEEN APPEARING TO FILM ME WITH HIS CELL CAMERA.

IN EUGENE SECURITY FOLLOWS ME IN THE STORE. I'VE ONLY BEEN IN EUGENE OREGON ABOUT A LITTLE MORE THAN A MONTH. SECURITY AND STAFF HAVE FOLLOWED ME UPON EXIT AT EUGENE OREGON'S STORE.

A NEWLY HIRE STAFFER AT A NEW OPENING IN HONOLULU - TAUNTED ASKING IF I COULD NOT HEAR HER, AND DID A HAND JESTURE AT WHOLE FOODS ABOUT APRIL - MAY 2018.

I HAD MADE A COMPLAINT AT ANOTHER STORE IN THE MAINLAND STATES - AFTER A LUNCH WITH MY DAUGHTER, WE PARTED AND I STOOD ALONE AT A BUS STOP. A MALE APPROACHED ME AND ASKED IF I KNOW WHO JEFF BEZOS IS I TOLD HIM NO. HE BEGAN TO EXPLAIN TO ME THAT HE WAS THE OWNER OF WHOLE FOODS. I DID TELL THE MALE THAT I FELT THERE HAD BEEN SOME DECLINE AT WHOLE FOODS BUT RESERVED COMMENT ON DETAILS. THIS MALE WAS AN EMPLOYEE. I FELT AS MANY

HAVE FOLLOWED ME TO MAKE COMMENTS TO ME. I HAVE THE RIGHT TO complain.

ABOUT TWO WEEKS Ago A MALE who SAT ONE TABLE ACROSS from ME AT WHOLE FOODS. He Began almost immediately TO FILM ME. His WIFE AND DAUGHTER CAME, THEY SPOKE WHAT SOUNDED LIKE RUSSIAN. I STARED AT HIM AS HE FILMED, AND OR HELD HIS CELL TOWARDS ME. HE STOPPED AFTER FEW MINUTES.

BECAUSE I'VE BEEN SURPRISINGLY APPROACHED AND HARASSED BY RUSSIANS AS WELL, IT LEADS ME TO SUSPECT THAT THE TECHNOLOGY TRACKING, AND MONITORING ME HAS REACHED OR IS IN COLLABORATION WITH INTERNATIONAL MARKET INCLUDING RUSSIA.

I AM ACTIVELY ATTEMPTING TO BE SAFE I AM A SURVIVOR OF VIOLENCE, WHICH HAS FOLLOWED ME TO AND THROUGH OVER 30 US STATES, AND TO CANADA — VIA MONTREAL, TORONTO, OTTAWA, AND ICELAND VIA AIRPORT

To my surprise people acted in the
pattern — attempting to film me
this is beyond a problem.
The filming, the intrusion at
restrooms, the suspect hidden cameras
at Whole Foods and other restrooms
and locations throughout the US
and beyond, are a necesity that I
speak.

Complete strangers trying to
intimidate me, assaulting me
even as I go about my day
has resulted in my actions to
move and start over in different
locations and seek assistance.

I suspect that technology — that
has been placed on my person
via surgery and other medical
procedures, as well as the
facial recognition technology.
are responsible for people
I do not know harassing me

THIS IS A VIOLATION OF MY PRIVACY
ITS A VIOLATION AND I CONSIDER
IT TO BE A CRIME AGAINST
HUMANITY.
IT HAS CREATED A REFUGEE
STATUS FOR ME HERE IN THE
UNITED STATES.

It has separated me from my
family and caused extreme
distress to me and my family.

In ONE MONTH 3 separate cleaning
Staff nine approached near me
to clean. My issue is at every
single Whole Foods upon my
entry within 10-15 mins a cleaner
approaches - most times less time
than 10 minutes. They're leaning,
reaching intensifying to be intrusive
Across the country.
One cleaner attempted to lean
over my food with her
hands, & the gloves she
used to manage trash.

She comes leaning and cleaning around
the booth my daughter and I sat
at in Kailua Hawai'i Whole Foods.

I think she and others feel there is
No wrong to what they do —
Its pervasive.
They feel — No punishment will come.

LAST I'VE Learned from the
harassers. They don't hide what
they do to me, and my daughter.
They taunt, harass and get
physical. This should not be.
I've been hit on the head
elbowed by men to the head
on the bus, pushed by men
and women. The technology is
of issue — its caused abuse
to me especially at Whole
Foods by staff — Amazon,
Whole Foods and PATRONS.
ITS WRONG. I SEEK DAMAGES
Pain, & Suffering, complete
lack of privacy.

The intrusion to my health care records, the tracking, the face recognition, the intimidation, the assault, the fear tactics,

I recently learned that its more likely than not that via a surgery I had; my eye or eyes - were implanted with tech. This means what I see, and write, read, who I speak to etc - Its likely that the people who did this. I suspect that the harassment I face is folded into the discrimination, harassment, abuse, and taunting I've faced now for years at Whole Foods.

So when I look in the mirror - tech has video of me as I examine myself upon a shower. When I looked upon my father at his funeral, when I'm crying at the grave of the loss of my parents. When I tried to

help my daughter January 2019
and I looked at a rash between
her legs to tell her what to
do to clean a treat to heal.
A man at Boston International
airport made taunts at me
He said repeatedly I see you -
I see you -
It occurred to me that there
is tech in my eye.
When I called Apple computer
Tech Support - someone - intercepted
the call - or she was an Apple
worker - she tells me -
We can see whatever you see
This was 2014 (September) I see
Now - As I've applied to over
100 job since 2014 and been
denied. As I worked a hostest
HOSTESS job in a short term -
for about 2 weeks - a patron
came in saying how do you
blind someone -
As I walked on an international
flight to the restroom past a

man - enroute to Ireland to take my
daughter to college. A man dropped
a book with a threat on it.
The threat was the title (of) on the
book cover. Threat of death, and
harm.

As I've been denied entry to
federal, and state offices by
US Marshalls, and other contracted
security as I sought help for
my abused mom, daughter, my
father, and me and other
disabled people. The tech is the
problem along with those who
are abusing it. The images of me
as I've had to ask people for help
for food, and shelter. The image
of my family members some who
have been murdered, some who
are missing. The image of confidential
documents - of my consumers
I worked with as a social worker.
I have been sought and so
has my daughter for trafficking

I have been approached by Russians, and other foreigners which indicates an international problem stemmed upon me because - parties wanted to spy on me.

2016 is when I suspect the eye plant was placed during my Thy' - thyroid surgery. at University of Pennsylvania Hospital.

I've been a patient at Jefferson Hospital where Wills Eye Hospital is. I know they had, or may still have a cell phone study. I suspect I'm a subject of the study. The tech in my eye. must be same - or comparative to the eye neddle on the cellphone and computers. I can see it protruding on my left eye

My vision has faded, and
because of this tech when I
visited family and friends
so did tech., and all of the
worse predators.

I will stop here and make clear
my claim of recovery and
because of all this has caused
including the continued threats
to me & my family. Some who
are missing Now

I make claim in the amount
of   1.5 Billion dollars.
Pictures, pixels remain on
the internet and cannot be
erased.

My father died in December
2012. In the summer - approx
of 2017 a man walked down
the street repeating "I love
you poppi." IN NYC. I was
trying to gain entry to
the Federal Building there.

I was denied by a supervisor
and told the office I wanted
was not at this location.
I have come to understand that
Sound is a tech that is also
affixed to my body cavity
These are crimes against
humanity. International crime
and places us all at risk
Money is not everything —
tech and greed and blind
ignorance without regard for
others has caused this to be.
my attempts to seek legal council, and to
file petitions have been effected
people can identify me anywhere -
it's hard to hide. I do Not want to
hide. I have to, to avoid harm.

This is my petition to the court.
I request protection for me and
my family. I request full investigation
I'm Not requesting seal at this
time although the court may
proceed as necessary -

Declaration:

My statements here are true
and correct to the best of
my recall.

* The prayers of the righteous woman
availeth much.

* Phillipians 4:6 Be careful for Nothing
But with prayer - petitions, and
supplication make your requests
made known unto God
Amen.

Nanette Stone
Nanette Stone
May 30, 2019